Robert A. Jacobs (CA Bar No. 160350)
E-mail: rjacobs@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000; Facsimile: (310) 312-4224
Attorneys for Plaintiffs Empawa Africa Music Services Limited and Ezeani Chidera Godfrey p/k/a Dera

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Empawa Africa Music Services Limited and Ezeani Chidera Godfrey P/K/A Dera<br><br>Plaintiff(s),<br>v.<br>Benito Antonio Martinez Ocasio p/k/a Bad Bunny, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-03944 ODW (JPRx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s)  ROBERTO JOSE ROSADO TORRES, JR. p/k/a LA PACIENCA (without prejudice) is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiffs Empawa Africa Music Services Limited and Ezeani Chidera Godfrey p/k/a Dera

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 12, 2025<br>*Date* | /s/ *Robert A. Jacobs*<br>*Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*