# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EMPAWA AFRICA MUSIC SERVICES LIMITED; AND EZEANI CHIDERA GODFREY p/k/a DERA, <br> Plaintiffs, <br> v. <br> BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY; ET AL., <br> Defendants. | Case No. 2:25-cv-03944 ODW (JPRx) <br><br> Judge: Hon. Otis D. Wright, II <br><br> **ORDER APPROVING STIPULATION REGARDING AMENDED ANSWERS** |

# ORDER

The Court has received, reviewed, and considered the Stipulation Regarding Amended Answers (the "Stipulation") filed by Plaintiffs Empawa Africa Music Services Limited and Ezeani Chidera Godfrey p/k/a Dera (collectively, "Plaintiffs") and Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny, Orchard Enterprises NY, Inc., Rimas Entertainment LLC, RSM Publishing LLC, Universal Music Corp., Songs of Universal, Inc., Spotify USA Inc., Warner-Tamerlane Publishing Corp., and Apple Inc. (collectively, "Defendants"; together with Plaintiffs, the "Parties").

NOW THEREFORE, for good cause shown, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The Parties shall adhere to all of the provisions of the Agreement and Conditions (as both terms are defined in the Stipulation);
2. Defendants shall file their respective Amended Answers in accordance with all of the provisions of the Agreement and Stipulation on or before August 29, 2025; and
3. Plaintiffs shall file any motion to strike the Amended Answers in accordance with all of the provisions of the Agreement and Stipulation, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, on or before September 19, 2025.

**IT IS SO ORDERED**.

Dated: August 19, 2025

_____
Hon. Otis D. Wright II
United States District Court Judge