Name & Address:

Robert A. Jacobs CA Bar No. 160350
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone: (310) 312-4000; Fax:  (310) 312-4224

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Empawa Africa Music Services Limited and Ezeani Chidera Godfrey P/K/A Dera <br><br> PLAINTIFF(S) <br><br> v. <br><br> Benito Antonio Martinez Ocasio p/k/a Bad Bunny, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br> 2:25-cv-03944 ODW (BFMx) <br><br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: **(List Documents)**

CONFIDENTIAL - IN CAMERA REVIEW PURSUANT TO JAN. 5, 2026 COURT ORDER (DKT. NO. 98) – DECLARATION OF ROBERT A. JACOBS

**Reason:**

☐  Under Seal

☒  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☒  Per Court order dated:  January 5, 2026

☐  Other:

January 7, 2026
Date

/s/ *Robert A. Jacobs*
Attorney Name

Empawa Africa Music Services Limited and Ezeani Chidera Godfrey
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    **NOTICE OF MANUAL FILING OR LODGING**