ROBERT A. JACOBS (CA Bar No. 160350)
E-mail: rjacobs@manatt.com
SARAH E. MOSES (CA Bar No. 291491)
E-mail: smoses@manatt.com
ANDREA D. GONZALEZ (CA Bar No. 336134)
E-mail: adgonzalez@manatt.com
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:  310.312.4000
Facsimile:  310.312.4224

*Withdrawn Counsel for Plaintiffs*
EMPAWA AFRICA MUSIC SERVICES
LIMITED and EZEANI CHIDERA
GODFREY p/k/a DERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EMPAWA AFRICA MUSIC SERVICES LIMITED; AND EZEANI CHIDERA GODFREY p/k/a DERA, <br><br> Plaintiffs, <br><br> v. <br><br> BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY ET AL., <br><br> Defendants. | Case No. 2:25-cv-03944 ODW-BFMx <br> Hon. Otis D. Wright, II, Courtroom 5D <br><br> **DECLARATION OF MANATT, PHELPS & PHILLIPS, LLP BY ROBERT A. JACOBS RE: COURT MINUTE ORDER GRANTING WITHDRAWAL (DKT. NO. 101)** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF MANATT, PHELPS & PHILIPS, LLP BY ROBERT A. JACOBS RE: COURT MINUTE ORDER GRANTING WITHDRAWAL (DKT. NO. 101)

## <u>DECLARATION OF ROBERT A. JACOBS</u>

I, Robert A. Jacobs, declare and state as follows:

1.      I am an attorney duly licensed to practice law before all courts of the State of California and before the United States District Court for the Central District of California. I am a partner in the law firm Manatt, Phelps & Phillips, LLP ("Manatt"), and former counsel of record for Plaintiffs Empawa Africa Music Services Limited ("Empawa") and Ezeani Chidera Godfrey p/k/a Dera ("Plaintiffs"). On December 31, 2025, Manatt filed an *ex parte* application to withdraw as counsel for Plaintiffs (the "Application") (Dkt. No. 94).

2.      On January 12, 2026, the Court entered a minute order granting the Application (Dkt. No. 101) (the "Withdrawal Minute Order"). In the Withdrawal Minute Order, the Court ordered Manatt to: (1) "immediately file a Proposed Order on Request for Approval of Substitution or Withdrawal of Attorney, G-01 Order"; (2) "serve Plaintiffs with a copy of this order"; and (3) "immediately file a separate declaration providing contact information for Empawa and Godfrey, including their mailing address, email address, and telephone number." I submit this declaration in compliance with the Withdrawal Minute Order.

3.      I emailed a copy of the Withdrawal Minute Order to Empawa and Mr. Godfrey on January 12, 2026.

4.      In that email, I also informed Plaintiffs that the Court required Manatt to provide it Plaintiffs' contact information, per the Withdrawal Minute Order. I shared the contact information below with Plaintiffs and let Plaintiffs know it is what I would give the Court unless they provided otherwise. As of the filing of this declaration, Plaintiffs have not objected to the contact information below or provided Manatt with different contact information for reaching them.

      **a.      Empawa Africa Music Services Limited**

          Wisteria Grange Barn

          Pikes End, Pinner

1

Middlesex HA5 2EX

United Kingdom

Attn: Yasmin Baba, Head of Legal

Tel. (011) 233-24-698-1892

legal@empawaafrica.com

b.    **Mr. Ezeani Chidera Godfrey**

c/o Kelvin Nana, Esq.

Bray & Krais, Solicitors

Suites 9 & 10, Fulham Business Exchange

The Boulevard

Imperial Wharf, London SW6 2TL

United Kingdom

Tel. (011) 44-020-7384-3050

kelvin@brayandkrais.com

5.    Concurrently filed with this declaration is the completed G-01 Order, Proposed Order on Request for Approval of Substitution or Withdrawal of Attorney.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of January, 2026.

*/s/ Robert A. Jacobs*
Robert A. Jacobs

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF MANATT, PHELPS & PHILIPS, LLP BY ROBERT A. JACOBS RE: COURT MINUTE ORDER GRANTING WITHDRAWAL (DKT. NO. 101)