UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-03944-ODW (BFMx) | Date | February 3, 2026 |
|---|---|---|---|
| Title | *Empawa Africa Music Services Limited et al v. Benito Martinez Ocasio et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                     **In Chambers**

On January 12, 2026, the Court granted Manatt Phelps and Phillips LLP's Application to Withdraw as Counsel for Plaintiffs Empawa Africa Music Services Limited and Ezeani Chidera Godfrey. (Min. Order, Dkt. No. 101.) The Court ordered that Empawa shall retain counsel by February 2, 2026. (*Id.*) The Court also warned Empawa that "[f]ailure to retain counsel will result in the Court striking [its] pleadings and dismissing it from this case." (*Id.*) The Court ordered Manatt to serve a copy of the aforementioned order on Empawa. (*Id.*; *see* Proof Service, Dkt. No. 105.)

Empawa's deadline has passed and new counsel has not filed a notice of appearance on behalf of Empawa. Empawa also has not asked for an extension to the deadline.

Accordingly, the Court **STRIKES** Empawa from the First Amended Complaint it jointly filed with Godfrey. (Dkt. No. 32.) The Court **DIRECTS** the Clerk to **DISMISS** Empawa from this action. Godfrey continues to proceed pro se.

**IT IS SO ORDERED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |