UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-03944-ODW (BFMx) | | Date | March 9, 2026 |
|---|---|---|---|---|
| Title | *Empawa Africa Music Services Limited et al v. Benito Martinez Ocasio et al* | | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                         **In Chambers**

On February 19, 2026, the Court ordered Plaintiff Ezeani Chidera Godfrey to show cause, no later than March 6, 2026, why the Court should not dismiss this case with prejudice for lack of prosecution. (Order Show Cause ("OSC"), Dkt. No. 111.) Godfrey failed to timely respond.

"It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984). Prior to dismissal, a court must weigh (1) the court's need to manage its docket, (2) the public interest in expeditious resolution of litigation, (3) the risk of prejudice to the defendants, (4) the policy favoring disposition of cases on their merits, and (5) the availability of less drastic sanctions. *Id.* Only "unreasonable" delay will support a dismissal for lack of prosecution. *Id.*

Having weighed the above factors, the Court finds that dismissal is appropriate. On January 12, 2026, the Court relieved Godfrey's former counsel and ordered Godfrey to proceed pro se. (Min. Order, Dkt. No. 101.) Since then, Godfrey has not filed any papers or otherwise prosecuted this case. Godfrey failed to appear at a February 5, 2026 discovery hearing or respond to Judge Mircheff's order to show cause regarding why he failed to appear at said hearing. (*See* Mins., Dkt. No. 110.) Godfrey also failed to respond to this Court's order to show cause regarding lack of prosecution. The Court concludes that Godfrey has abandoned this case, and that letting this action drag out any longer would prejudice defendants and would be against the public interest.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-03944-ODW (BFMx) | | Date | March 9, 2026 |
|----------|--------------------------|---|------|---------------|
| Title | *Empawa Africa Music Services Limited et al v. Benito Martinez Ocasio et al* | | | |

Accordingly, the Court **DISMISSES** this action and all claims asserted therein **WITH PREJUDICE**.  All dates and deadlines in this action are **VACATED** and taken off calendar.  The Court **DENIES** Defendant Rimas Entertainment LLC's Motion to Compel **AS MOOT**. (Dkt. No. 92.)  The Court will issue judgment.

**IT IS SO ORDERED**.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |