O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| EMPAWA AFRICA MUSIC SERVICES LIMITED et al., | Case No. 2:25-cv-03944-ODW (BFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BENITO MARTINEZ OCASIO et al, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

## JUDGMENT

In light of the Court's Order **DISMISSING** this action **WITH PREJUDICE**, (Dkt. No. 112), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

    1. Defendants shall have **JUDGMENT** in its favor;

    2. Plaintiffs shall receive nothing; and

    3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 9, 2026

                                               **OTIS D. WRIGHT, II**
                           **UNITED STATES DISTRICT JUDGE**