A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
ADAM M. AGATSTON (State Bar No. 325114)
aagatston@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
RSM PUBLISHING LLC; UNIVERSAL
MUSIC CORP.; and SONGS OF
UNIVERSAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| EMPAWA AFRICA MUSIC SERVICES LIMITED; AND EZEANI CHIDERA GODFREY p/k/a DERA,<br><br>Plaintiffs,<br><br>v.<br><br>BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY; ORCHARD ENTERPRISES NY, INC.; ORCHARD ENTERPRISES LLC; RIMAS ENTERTAINMENT LLC; RSM PUBLISHING LLC; ROBERTO JOSE ROSADO TORRES, JR. p/k/a LA PACIENCA; CREATIVE PARK PUBLISHING; MARCO DANIEL BORRERO p/k/a MAG; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; SPOTIFY USA INC.; WARNER-TAMERLANE PUBLISHING CORP.; APPLE INC. d/b/a APPLE MUSIC; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-03944-ODW-BFMx**<br><br>**DEFENDANTS RSM PUBLISHING LLC, UNIVERSAL MUSIC CORP., AND SONGS OF UNIVERSAL, INC.'S NOTICE OF JOINDER TO CERTAIN DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND FULL COSTS PURSUANT TO 17 U.S.C. SECTION 505**<br><br>[*Filed Concurrently with Declaration of A. Sasha Frid*]<br><br>Date: April 20, 2026<br>Time: 1:30 p.m.<br>Ctrm: Hon. Otis D. Wright, II<br><br>The Hon. Otis D. Wright, II<br>Magistrate Judge Brianna Fuller Mercheff |

792014.1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants RSM Publishing LLC ("RSM"), Universal Music Corp., and Songs of Universal, Inc. (together, "Universal") hereby give notice of their joinder in the Motion of Defendants Benito Antonio Martinez Ocasio p/k/a Bad Bunny, Orchard Enterprises LLC, Rimas Entertainment LLC, Spotify USA Inc., and Apple Inc. (the "Ocasio Defendants") for Attorneys' Fees and Full Costs Pursuant to 17 U.S.C. § 505 (the "Motion") [Dkt. 115].

The Ocasio Defendants' Motion is set for hearing on April 20, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Otis D. Wright, II, United States District Judge, in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012.

RSM and Universal join in the Motion, including all arguments and supporting evidence.  As set forth in the Frid Declaration in support of this joinder and RSM and Universal's fee request, RSM and Universal seek $121,742.00 in attorneys' fees and $302.90 in costs as the prevailing parties in this litigation. (Declaration of A. Sasha Frid ("Frid Decl."), ¶¶ 22-26.)

The Copyright Act provides that the Court, in its discretion, may award "full costs," including attorneys' fees, to the prevailing party.  17 U.S.C. § 505; *see also Elektra Ent. Group Inc. v. Bryant*, 2004 WL 783123, at \*7 (C.D. Cal. 2004); *Getaped.Com, Inc. v. Cangemi*, 188 F. Supp. 2d 398, 406 (S.D.N.Y. 2002).  Because the Court dismissed the action with prejudice, thereby materially altering the legal relationship between the parties, RSM and Universal are prevailing parties.

RSM and Universal are entitled to an award of fees because they achieved complete success on Plaintiffs' copyright claims; those claims were not objectively reasonable (though a fee award is appropriate even if they were); Plaintiffs' motivation was questionable; and an award of fees will further the Copyright Act's goals of compensation and deterrence, and vindicate its underlying purposes.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

792014.1

2

As set forth in the Frid Declaration submitted in support of this Motion, RSM and Universal's fee request is supported by counsel's extensive experience in copyright litigation, including music copyright matters, the reasonable hourly rates at which counsel performed their services, and the specific work performed, as reflected in contemporaneous billing records.  (Frid Decl. ¶¶ 17-20.)

Accordingly, RSM and Universal respectfully request that the Court grant the Motion and award them $121,742.00 in attorneys' fees and $302.90 in costs pursuant to 17 U.S.C. § 505.

DATED:  March 23, 2026       Respectfully Submitted,

MILLER BARONDESS, LLP


By:      /s/ *A. Sasha Frid*
_____
A. SASHA FRID
Attorneys for Defendants
RSM PUBLISHING LLC; UNIVERSAL MUSIC CORP.; and SONGS OF UNIVERSAL, INC.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

792014.1

3

NOTICE OF JOINDER TO CERTAIN DEFENDANTS MOTION FOR ATTORNEYS' FEES AND FULL COSTS PURSUANT TO 17 U.S.C. SECTION 505