Edwin F. McPherson – State Bar No. 106084
  emcpherson@mcpherson-llp.com
Pierre B. Pine – State Bar No. 211299
  ppine@mcpherson-llp.com
**McPHERSON LLP**
1900 Avenue of the Stars
25th Floor
Los Angeles, CA  90067
Tel:(310)553-8833
Fax:(310)553-9233

Attorneys for Plaintiff
  EMPAWA AFRICA MUSIC SERVICES LIMITED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPAWA AFRICA MUSIC SERVICES LIMITED; AND EZEANI CHIDERA GODFREY p/k/a DERA, <br><br> Plaintiffs, <br><br> v. <br><br> BENITO ANTONIO MARTINEZ OCASIO p/k/a BAD BUNNY; ORCHARD ENTERPRISES NY, INC.; RIMAS ENTERTAINMENT LLC; RSM PUBLISHING LLC; ROBERTO JOSE ROSADO TORRES, JR. p/k/a LA PACIENCA; CREATIVE PARK PUBLISHING; MARCO DANIEL BORRERO p/k/a MAG; UNIVERSAL MUSIC CORP.; SONGS OF UNIVERSAL, INC.; SPOTIFY USA INC.; WARNER-TAMERLANE PUBLISHING CORP.; APPLE INC. d/b/a APPLE MUSIC; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-03944 ODW (BFMx) <br><br> Complaint Filed:   May 2, 2025 <br><br> **EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF KAREN L. STETSON IN SUPPORT OF MOTION OF CERTAIN DEFENDANTS FOR ATTORNEYS' FEES AND FULL COSTS PURSUANT TO 17 U.S.C. § 505 [DKTS. 123 - 123-7]** <br><br> Hon. Otis D. Wright II |

Plaintiff EMPAWA AFRICA MUSIC SERVICES LIMITED (hereinafter "Plaintiff") hereby submits the following objections to the Supplemental Declaration of Karen L. Stetson, specifically to Exhibits 2 to 5, and 7, attached thereto, as follows:

| STATEMENT | OBJECTIONS |
|---|---|
| **OBJECTION NO. 1**<br><br>**Exhibit 2** - Email dated May 24, 2022, between Defendant Rimas and Oluwatosin Oluwole Ajibade p/k/a "Mr Eazi" regarding redacted copy of Artist Feature Agreement ("AFA") | Improper new evidence included in Reply, that was available at the time Motion was filed, should not be considered.  Townsend v. Monster Bev. Corp., 303 F.Supp. 3d 1010 (C.D. Cal. 2018) ("'New evidence submitted as part of a reply is improper' because it does not allow the [opposing party] an adequate opportunity to respond.'"); quoting Morris v. Guetta, 2013 U.S. Dist. LEXIS 15556, *8 (C.D. Cal. 2013).<br><br>Irrelevant.  Fed. R. Evid. 401 - It is undisputed that Empawa offered to provide an unredacted copy of the AFA, but Rimas had already acquired a copy. |

Evidentiary Objections To Stetson Supplemental Declaration

| STATEMENT | OBJECTIONS |
|---|---|
| **OBJECTION NO. 2**<br><br>**Exhibit 3** - Email dated May 9, 2022, from Defendant Rimas' in-house counsel to Empawa's in-house counsel | Improper new evidence included in Reply, that was available at the time Motion was filed, should not be considered.  <u>Townsend v. Monster Bev. Corp.</u>, 303 F.Supp. 3d 1010 (C.D. Cal. 2018) ("'New evidence submitted as part of a reply is improper' because it does not allow the [opposing party] an adequate opportunity to respond.'"); quoting <u>Morris v. Guetta</u>, 2013 U.S. Dist. LEXIS 15556, *8 (C.D. Cal. 2013).<br><br>Irrelevant.  Fed. R. Evid. 401 - Whether or not Lakizo owns 50% of the publishing rights of "Empty My Pocket" is completely irrelevant, as any sample license by Lakizo would have been invalid unless he also owned rights to the: (1) Original Master Recording, (2) the Second Master Recording, and (3) the Original Composition, which is not the case. |

Evidentiary Objections To Stetson Supplemental Declaration

| STATEMENT | OBJECTIONS |
|---|---|
| **OBJECTION NO. 3**<br><br>**Exhibit 4** - Email dated May 9, 2022, from Kobalt to Defendant Rimas re publishing shares owned by Joseph Akinwale Akinfenwa p/k/a "Joeboy" and Chidera Godfrey Ezeani p/k/a "Dera" | Improper new evidence included in Reply, that was available at the time Motion was filed, should not be considered. Townsend v. Monster Bev. Corp., 303 F.Supp. 3d 1010 (C.D. Cal. 2018) ("'New evidence submitted as part of a reply is improper' because it does not allow the [opposing party] an adequate opportunity to respond.'"); quoting Morris v. Guetta, 2013 U.S. Dist. LEXIS 15556, *8 (C.D. Cal. 2013).<br><br>Irrelevant. Fed. R. Evid. 401 - Whether or not Lakizo owns 50% of the publishing rights of "Empty My Pocket" is completely irrelevant, as any sample license by Lakizo would have been invalid unless he also owned rights to the: (1) Original Master Recording, (2) the Second Master Recording, and (3) the Original Composition, which is not the case.<br><br>Lack of personal knowledge. Fed. R. Evid. 602 - Calls for improper speculation re Lakizo ownership. |

Evidentiary Objections To Stetson Supplemental Declaration

| STATEMENT | OBJECTIONS |
|---|---|
| **OBJECTION NO. 4**:<br><br> **Exhibit 5** - Email dated October 20, 2022, from Sheridans to Karen Stetson | Improper new evidence included in Reply, that was available at the time Motion was filed, should not be considered.  Townsend v. Monster Bev. Corp., 303 F.Supp. 3d 1010 (C.D. Cal. 2018) ("'New evidence submitted as part of a reply is improper' because it does not allow the [opposing party] an adequate opportunity to respond.'"); quoting Morris v. Guetta, 2013 U.S. Dist. LEXIS 15556, *8 (C.D. Cal. 2013).<br><br>Irrelevant.  Fed. R. Evid. 401 - Does not evidence that Empawa was not seeking a copy of the purported license b/n Lakizo and Rimas/Ocasio, only that Empawa consistently believed that Lakizo had no authority to enter into such a license agreement. |

Evidentiary Objections To Stetson Supplemental Declaration

| STATEMENT | OBJECTIONS |
|---|---|
| **OBJECTION NO. 5**:<br><br>**Exhibit 7** - Composite of various Internet articles regarding Empawa's claims against Benito Antonio Martinez Ocasio p/k/a "Bad Bunny" | Improper new evidence included in Reply, that was available at the time Motion was filed, should not be considered.  Townsend v. Monster Bev. Corp., 303 F.Supp. 3d 1010 (C.D. Cal. 2018) ("'New evidence submitted as part of a reply is improper' because it does not allow the [opposing party] an adequate opportunity to respond.'"); quoting Morris v. Guetta, 2013 U.S. Dist. LEXIS 15556, *8 (C.D. Cal. 2013).<br><br>Irrelevant.  Fed. R. Evid. 401 - Does not evidence that Empawa only made the claim for publicity or to inflict bad publicity on Ocasio, and is not relevant as to whether Empawa had a legal basis to file the lawsuit.<br><br>Lack of authentication.  Fed. R. Evid. 901.<br><br>Hearsay.  Fed. R. Evid. 801 |

///

///

| STATEMENT | OBJECTIONS |
|---|---|
|  | Lack of foundation and personal knowledge.  Fed. R. Evid. 602. |

Dated: May 11, 2026

Edwin F. McPherson
Pierre B. Pine
**McPHERSON LLP**

By: _/s/ Edwin F. McPherson_
    EDWIN F. McPHERSON
    Attorneys for Plaintiff
    EMPAWA AFRICA MUSIC
    SERVICES LIMITED